UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60773-CIV-SMITH

MICILYN JONSON,

    Plaintiff,

vs.

UPTOWN CHEAPSKATE FRANCHISE
SYSTEM, LLC,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Defendant Uptown Cheapskate Franchise System, LLC [DE 4]. Upon consideration, it is:

ORDERED that:

1. This matter is **DISMISSED with prejudice.**

2. All pending motions not otherwise ruled upon are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of June, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record